UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUDITH VOLOVSEK,

                Plaintiff,

vs.                        Case No. 00-C-550

STATE OF WISCONSIN
DEPARTMENT OF AGRICULTURE,
TRADE AND CONSUMER PROTECTION,

                Defendant.

*U.S. DIST. COURT EAST DIST. WISC. FILED NOV 9 2005 AT ___ O'CLOCK ___ M SOFRON B. NEDILSKY*

**VERDICT FORM**

**Question No. 1:**

    1. Did the Defendant, Department of Agriculture, Trade, and Consumer Protection, discriminate against Plaintiff Judith Volovsek on the basis of her gender when she was denied a promotion in 1993?

    Yes _____        No   X_____

    If you answered "yes" to Question No. 1, then answer Questions Nos. 2 and 3.

    If you answered "no" to Question No. 1, then skip Question No. 2 and Question No. 3.

**Question No. 2:**

2. Would the Defendant, Department of Agriculture, Trade, and Consumer Protection, have taken the same action regarding the 1993 promotion if Volvosek's gender had not been a factor in its decision?

Yes _____        No _____

If you answered "yes" to Question No. 2, then skip Question No. 3.

If you answered "no" to Question No. 2, then answer Question No. 3.

**Question No. 3:**

3. What amount will fairly and reasonably compensate the Plaintiff for the Defendant's action?

$ _____

Dated at Milwaukee, Wisconsin this 9th day of November, 2005.

_____
Presiding Juror

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____