AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDITH VOLOVSEK,

        Plaintiff,

        v.

WISCONSIN DEPARTMENT OF AGRICULTURE
TRADE AND CONSUMER PROTECTION,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 00-C-0550

**XX**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and this action is hereby DISMISSED ON THE MERITS.

APPROVED: /s/ David RHerndon
                DAVID R. HERNDON
                U.S. District Judge

DATE: November 10, 2005

November 10, 2005
*Date*

SOFRON B. NEDILSKY
*Clerk*

*s/ Rita Zvers*
*(By) Deputy Clerk*